UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HYPER BICYCLES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ACCTEL, LTD. and TAPESH SINHA,<br><br>Defendants. | Case No.: 22-cv-01601-DLC |
| ACCTEL, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>HYPER BICYCLES, INC.,<br><br>Defendant. | Case No. 22-cv-03308-DLC |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF TAPESH SINHA

Pursuant to Rule 41(a)(1)(A), Hyper Bicycles, Inc., plaintiff in Case No. 22-cv-01601 (the "Hyper Action"), hereby voluntary dismisses, without prejudice, all claims asserted in the Hyper Action against defendant Tapesh Sinha.

Dated: New York, New York
November 10, 2022

So ordered.
/s/ Denise Cote
11/14/22

THOMPSON HINE LLP

By: */s/ Renee Zaytsev*
Renee Zaytsev
Jamie Caponera
335 Madison Avenue, 12th Floor
New York, NY 10017-4611
Telephone: 212-908-3981
Facsimile: 212-344-6101
Renee.Zaytsev@thompsonhine.com
Jamie.Caponera@thompsonhine.com

### ECOFF CAMPAIN TILLES & KAY, LLP

Lawrence C. Ecoff (*pro hac vice*)
280 S. Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 887-1850
Facsimile: (310) 887-1855
ecoff@ecofflaw.com

*Counsel to Hyper Bicycles, Ltd.*