```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :     22cv1601 (DLC)
HYPER BICYCLES, INC.,                :     22cv3308 (DLC)
                                     :
                    Plaintiff,       :
         -v-                         :
                                     :       ORDER
                                     :
ACCTEL, LTD. and TAPESH SINHA,       :
                                     :
                    Defendants.      :
                                     :
------------------------------------ X
                                     :
ACCTEL, LTD.,                        :
                                     :
                    Plaintiff,       :
         -v-                         :
                                     :
HYPER BICYCLES, INC.,                :
                                     :
                    Defendant.       :
------------------------------------ X
```

DENISE COTE, District Judge:

On March 24, 2023, Hyper Bicycles, Inc. ("Hyper") filed a three-page letter raising a discovery dispute and requesting an informal conference ("Letter"). Rule 2.C. of this Court's Individual Practices in Civil Cases requires that letters raising a discovery dispute be no longer than two pages.

Hyper also moved to file the Letter under seal. The Letter includes as an attachment the deposition transcript of Tapesh Sinha ("Deposition Transcript"). The Deposition Transcript is currently marked as confidential pursuant to the parties' Confidentiality Stipulation and Protective Order.

A party's description of information as confidential or highly confidential will not, by itself, be sufficient to support the redaction or sealing of the information. "[A] presumption of public interest attaches" to judicial documents. <u>Olson v. Major League Baseball</u>, 29 F.4th 59, 89 (2d Cir. 2022). The First Amendment "requires a court to make specific, rigorous findings before sealing the document or otherwise denying public access." <u>Bernstein v. Bernstein Litowitz Berger & Grossmann LLP</u>, 814 F.3d 132, 141 (2d Cir. 2016) (citation omitted).

It is hereby

ORDERED that Hyper must re-submit its request for an informal conference in a letter no longer than two pages.

IT IS FURTHER ORDERED that a party wishing that a document be filed under seal or with redactions must include in a publicly filed letter proposed findings that support the request.

Dated:   New York, New York
         March 24, 2023

                                    _____
                                           DENISE COTE
                                    United States District Judge

2